# UNITED STATES BANKRUPTCY COURT
## District of New Jersey (Newark)

| | |
|---|---|
| IN RE: | Case No: 20-20121 |
| | Loan Number (Last 4): 2234 |
| Debtors: Brian H Aquart | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| MEB Loan Trust VII | JPMorgan Chase Bank, National Association |
| Serviced by Select Portfolio Servicing, Inc. | Chase Records Center |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 1 |
| Amount of Claim: | $233,945.12 |
| Date Claim Filed: | 09/24/2020 |
| Last Four Digits of Acct #: | 2773 |

Phone: 1-800-258-8602
Last Four Digits of Acct #: 2234

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 2234

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Shelley     Date: 11/21/2022
InfoEx, LLC, as authorized filing agent
(Approved by: Kiara Richardson)

Specific Contact Information:

Kiara Richardson - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.