SCOTT E TANNE ESQ
70 BLOOMFIELD AVE
PINE BROOK, NJ  07058

Re:  BRIAN H AQUART                                          Atty:  SCOTT E TANNE ESQ
     270 N. WALNUT STREET                                           70 BLOOMFIELD AVE
     EAST ORANGE,  NJ  07017                                        PINE BROOK, NJ  07058

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 20-20121

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $50,540.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/01/2020 | $475.00 | 7125912000 | 10/16/2020 | $475.00 | 7163313000 |
| 12/01/2020 | $475.00 | 7274566000 | 12/31/2020 | $475.00 | 7340779000 |
| 01/28/2021 | $475.00 | 7410267000 | 02/25/2021 | $855.00 | 7476903000 |
| 03/23/2021 | $855.00 | 7545564000 | 04/21/2021 | $855.00 | 7613022000 |
| 05/25/2021 | $855.00 | 7691603000 | 06/23/2021 | $855.00 | 7759232000 |
| 07/22/2021 | $855.00 | 7826875000 | 08/30/2021 | $855.00 | 7907023000 |
| 09/28/2021 | $855.00 | 7974385000 | 10/29/2021 | $875.00 | 8044554000 |
| 12/01/2021 | $875.00 | 8117704000 | 01/03/2022 | $875.00 | 8183357000 |
| 02/01/2022 | $875.00 | 8245266000 | 03/04/2022 | $875.00 | 8320360000 |
| 04/07/2022 | $875.00 | 8390063000 | 05/02/2022 | $875.00 | 8432784000 |
| 07/29/2022 | $880.00 | 8613494000 | 08/15/2022 | $880.00 | 8648092000 |
| 12/14/2022 | $904.00 | 8882245000 | | | |

**Total Receipts: $18,004.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $18,004.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 01/11/2021 | $69.24 | 863,040 | 02/22/2021 | $439.38 | 864,649 |
| | 03/15/2021 | $439.38 | 866,551 | 04/19/2021 | $790.88 | 868,166 |
| | 05/17/2021 | $790.88 | 870,096 | 06/21/2021 | $790.88 | 871,872 |
| | 07/19/2021 | $803.70 | 873,696 | 08/16/2021 | $803.70 | 875,385 |
| | 09/20/2021 | $803.70 | 877,101 | 10/18/2021 | $201.73 | 878,882 |
| | 11/17/2021 | $803.70 | 880,586 | 12/13/2021 | $831.25 | 882,223 |
| | 01/10/2022 | $831.25 | 883,881 | 02/14/2022 | $831.25 | 885,554 |
| | 03/14/2022 | $831.25 | 887,276 | 04/18/2022 | $320.39 | 888,939 |
| | 05/16/2022 | $844.38 | 890,678 | 06/20/2022 | $844.38 | 892,346 |
| | 09/19/2022 | $895.24 | 897,243 | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 20-20121**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,005.14 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,178.02 | 100.00% | 3,178.02 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CENTRAL COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 43,096.15 | 100.00% | 12,966.56 | |
| 0007 | FATIMA SULIEMAN | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0008 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0009 | LEADERS FINANCIAL COMPANY | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0011 | STATE OF NJ | PRIORITY | 336.38 | 100.00% | 0.00 | |

**Total Paid: $17,149.72**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $18,004.00    -    Paid to Claims: $12,966.56    -    Admin Costs Paid: $4,183.16    =    Funds on Hand: $854.28

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.