UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor MEB Loan Trust VII

In Re:

Brian H. Aquart, Debtor(s)

Case No.:    20-20121 JKS

Chapter:    13

Hearing Date:    N/A

Judge:    John K. Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Notice of Appearance filed on or about 11/10/2022 _____

_____

Date: 01/30/2023                    /s/ Denise Carlon
                                            Signature

*rev.8/1/15*