Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−20121−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brian H Aquart
  270 N. Walnut Street
  East Orange, NJ 07017

Social Security No.:
  xxx−xx−0055

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 9, 2023.

Dated: March 9, 2023
JAN: zlh

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Brian H Aquart  
    Debtor

Case No. 20-20121-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 09, 2023      Form ID: plncf13      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian H Aquart, 270 N. Walnut Street, East Orange, NJ 07017-3959 |
| aty | + | Scott D. Sherman, Minion & Sherman, 33 Clinton Road, Suite 105, West Caldwell, NJ 07006-6790 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518942560 | + | Central Collection, PO Box 15118, Jacksonville, FL 32239-5118 |
| 518942561 | | Chase Mortgage, Chase Records Center, Mail Code LA4 5555 700, Kansas Lane, Monroe, LA 71203 |
| 518942566 | + | Fatima Sulieman, 10808 Braddock Road, Fairfax, VA 22030-4405 |
| 518942569 | + | Phelan, Hallinan & Diamond, P.C, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518942570 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2023 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2023 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518942562 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 09 2023 20:40:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 518942563 | ^ | MEBN | Mar 09 2023 20:35:23 | Early Warning Services, 16552 N. 90th Street, Scottsdale, AZ 85260-1619 |
| 518942564 | ^ | MEBN | Mar 09 2023 20:34:17 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 518942565 | ^ | MEBN | Mar 09 2023 20:35:05 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518942567 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2023 20:40:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518966549 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 20:36:08 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518942568 | | Email/Text: krivera@leadersfc.com | Mar 09 2023 20:39:00 | Leaders Financial Company, 21 Commerce Drive, Suite 101, Cranford, NJ 07016 |
| 519771298 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 09 2023 20:40:00 | MEB Loan Trust VII, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518942571 | | Email/Text: epr@telecheck.com | Mar 09 2023 20:41:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 518942572 | ^ | MEBN | Mar 09 2023 20:34:55 | Trans Union, PO BOX 2000, Chester, PA |

19016-2000

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519771299 | *+ | MEB Loan Trust VII, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

**Name** **Email Address**

Denise E. Carlon
on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Scott E. Tanne
on behalf of Debtor Brian H Aquart ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com

TOTAL: 5