UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-3*d+**

In Re:

Case No.: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

# ATTORNEY CERTIFICATION
# RE: FACSIMILE SIGNATURE

I, _____, attorney for _____, having electronically filed a Certification, or other pleading required to be signed under oath or penalty of perjury, containing the facsimile signature of _____ in the above captioned matter, hereby certify in accordance with the Court's *General Order Establishing Procedure for Electronic Submission of Documents Containing Facsimile Signatures*, dated November 19th 2004:

1. The Affiant has acknowledged the genuineness of the original signature.

2. The original document was executed in completed form prior to facsimile transmission.

3. The document or a copy with an original signature affixed to it will be obtained by me within seven (7) business days after the date the document or pleading with the facsimile signature was electronically filed with the Court.

Attorney Certification Re Facsimile Signature                                                                                                          Page 2

4.  I will maintain the document containing the original signature in paper form for a period not less than seven years from the date of closure of the case or proceeding in which the document is filed.

I hereby certify that the above is true.

Dcvg: _____          _____

                                                                    Attorney for _____